# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 26-5243

September Term, 2025

1:25-cv-03501-SLS

**Filed On: June 29, 2026** [2180762]

League of Women Voters, et al.,

      Appellees

  v.

United States Department of Homeland
Security, et al.,

      Appellants

## O R D E R

The notice of appeal was filed on June 25, 2026, and docketed in this court on June 29, 2026. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 29, 2026 |
| Docketing Statement Form | July 29, 2026 |
| Entry of Appearance Form (Attorneys Only) | July 29, 2026 |
| Procedural Motions, if any | July 29, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 29, 2026 |
| Statement of Issues to be Raised | July 29, 2026 |
| Transcript Status Report | July 29, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | July 29, 2026 |
| Dispositive Motions, if any | August 13, 2026 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5243**                          **September Term, 2025**

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 29, 2026 |
| Entry of Appearance Form (Attorneys Only) | July 29, 2026 |
| Procedural Motions, if any | July 29, 2026 |
| Dispositive Motions, if any | August 13, 2026 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                           **FOR THE COURT:**
                           Clifton B. Cislak, Clerk

           BY:   /s/
                  Laura M. Morgan
                  Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)