# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** League of Women Voters

v.

DHS         **Case No:** 26-5243

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

League of Women Voters

League of Women Voters of Virginia

League of Women Voters of Louisiana

League of Women Voters of Louisiana Education Fund

Electronic Privacy Information Center

League of Women Voters of Texas

### Counsel Information

Lead Counsel: Nikhel S. Sus

Direct Phone: ( 202 ) 408-5565 Fax: ( 202 ) 508-5020 Email: nsus@citizensforethics.org

2nd Counsel: Lauren C. Bingham

Direct Phone: ( 202 ) 408-5565 Fax: ( 202 ) 508-5020 Email: lbingham@citizensforethics.org

3rd Counsel: John B. Hill

Direct Phone: ( 202 ) 408-5565 Fax: ( 202 ) 508-5020 Email: jhill@citizensforethics.org

Firm Name: Citizens for Responsibility and Ethics in Washington

Firm Address: P.O. Box 14596, Washington, DC 20044

Firm Phone: ( 202 ) 408-5565 Fax: ( 202 ) 508-5020 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.