# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** League of Women Voters, et al

**v.**

Department of Homeland Security, et al

**Case No:** 26-5243

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Department of Homeland Security

Social Security Administration

Mullin, Secretary of DHS

Bisignano, Commissioner SSA

### Counsel Information

Lead Counsel: Mark R. Freeman

Direct Phone: ( 202 ) 514-5714 Fax: (____) ____-____ Email: Mark.Freeman2@usdoj.gov

2nd Counsel: Daniel Tenny

Direct Phone: ( 202 ) 514-1838 Fax: (____) ____-____ Email: Daniel.Tenny@usdoj.gov

3rd Counsel: Benjamin C. Wei

Direct Phone: ( 202 ) 616-2875 Fax: (____) ____-____ Email: benjamin.c.wei@usdoj.gov

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Ave, NW Washigton DC 20530

Firm Phone: (____) ____-____ Fax: (____) ____-____ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.