# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5243     2. DATE DOCKETED: 06-29-2026

3. CASE NAME (lead parties only) League of Women Voters   v.   Dept. Homeland Security

4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ◯ Private Civil ◯ Criminal ◯ Bankruptcy
    ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ◯ Yes ⦿ No
    If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.      Tax Court Docket No.
     Civil Action 25-cv-3501     Bankruptcy _____     Tax _____
     Criminal _____     Adversary _____
     Miscellaneous _____     Ancillary _____

   b. Review is sought of:
     ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
     Judge Sooknanan      Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 06-22-2026    e. Date notice of appeal filed: 06-25-2026
   f. Has any other notice of appeal been filed in this case?   ◯ Yes ⦿ No    If YES, date filed: _____
   g. Are any motions currently pending in trial court? ◯ Yes ⦿ No    If YES, date filed: _____
     If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ◯ Yes ⦿ No
     If NO, why not? Not necessary for the appeal; District Court did not hold a summary judgment hearing.
   i. Has this case been before the Court under another appeal number? ◯ Yes Appeal # _____ ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
     ◯ Yes ⦿ No If YES, give each case's court and case name, and docket number:
     _____
   k. Does this case turn on validity or correct interpretation or application of a statute?    ⦿ Yes ◯ No
     If YES, give popular name and citation of statute Social Security Act, Privacy Act, Administrative Procedure Act

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ⦿ No   If so, provide program name and participation dates

Signature /s/ Benjamin C. Wei     Date 07-06-2026
Name of Party Department of Homeland Security, et al.
Name of Counsel for Appellant/Petitioner Mark Freeman, Daniel Tenny, Benjamin C. Wei
Address 950 Pennsylvania Ave
Phone ( 202 ) 616-2875    Fax ( ____ ) ____-____

ATTACH A CERTIFICATE OF SERVICE
Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)