**[ORAL ARGUMENT NOT YET SCHEDULED]**

**No. 26-5243**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEAGUE OF WOMEN VOTERS, *et al.*,

Plaintiff-Appellee,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the District of Columbia

**CERTIFICATE AS TO PARTIES,
RULINGS, AND RELATED CASES**

BRETT A. SHUMATE
  *Assistant Attorney General*

MARK R. FREEMAN
DANIEL TENNY
BENJAMIN C. WEI
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7263*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 616-2875*

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

### A. Parties and Amici

Defendants-appellants are the United States Department of Homeland Security, Markwayne Mullin, in his official capacity as the Secretary of the United States Department of Homeland Security,[1] the Social Security Administration, and Frank Bisignano, in his official capacity as Commissioner of the Social Security Administration.

Plaintiffs-appellees are the League of Women Voters, League of Women Voters of Texas, League of Women Voters of Louisiana, League of Women Voters Louisiana Education Fund, League of Women Voters of Virginia, and the Electronic Privacy Information Center.

Defendant-intervenor is the State of Texas.

Amici curiae that have appeared before the district court are United States Senator Alex Padilla; United States Senator Gary Peters; the Campaign Legal Center; Travis County Tax Assessor-Collector Celia Israel; Travis County Clerk Dyana Limon-Mercado; Travis

---

[1] Under Federal Rule of Appellate Procedure 43(c)(2), Markwayne Mullin is automatically substituted for his predecessor.

County, Texas; the Texas Civil Rights Project; Lawyers Defending American Democracy; Service Employees International Union; UnidosUS; Campaign Legal Center; Center for Media and Democracy; Common Cause; Protect Democracy Project; and the American Civil Liberties Union.

**B.  Rulings Under Review**

Defendants seek review of the June 22, 2026, order and opinion of the district court (Sooknanan, J.) granting plaintiffs' summary judgment.  *See* Dkt. 111, 112.

**C.  Related Cases**

This case has not previously been before the Court.  Defendants-appellants are not aware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

*/s/ Benjamin C. Wei*
Benjamin C. Wei

JULY 2026

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Benjamin C. Wei*
Benjamin C. Wei