**[ORAL ARGUMENT NOT YET SCHEDULED]**

**No. 26-5243**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEAGUE OF WOMEN VOTERS, *et al.*,

Plaintiff-Appellee,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the District of Columbia

**STATEMENT OF ISSUES**

BRETT A. SHUMATE
  *Assistant Attorney General*

MARK R. FREEMAN
DANIEL TENNY
BENJAMIN C. WEI
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7263*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 616-2875*

Defendants the United States Department of Homeland Security, Markwayne Mullin, in his official capacity as the Secretary of the United States Department of Homeland Security,[1] the Social Security Administration, and Frank Bisignano, in his official capacity as Commissioner of the Social Security Administration intend to raise the following issue on appeal:  Whether the district court erred in vacating improvements made to the Systematic Alien Verification for Entitlements system as violating the Social Security Act, 42 U.S.C. § 405(c)(2)(C)(viii)(I), the Privacy Act, 5 U.S.C. § 552a, and the Administrative Procedure Act, 5 U.S.C. §§ 551-559.

*/s/ Benjamin C. Wei*
Benjamin C. Wei

JULY 2026

---

[1] Under Federal Rule of Appellate Procedure 43(c)(2), Markwayne Mullin is automatically substituted for his predecessor.