# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** League of Women Voters et al.

**v.**  **Case No:** 26-5243

U.S. Department of Homeland Security, et

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

## Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

League of Women Voters

League of Women Voters of Louisiana

Electronic Privacy Information Center

League of Women Voters of Virginia

League of Women Voters of Louisiana Educati

League of Women Voters of Texas

## Counsel Information

Lead Counsel: Jon Sherman

Direct Phone: ( 202 )  331-0114  Fax: (____) ____-____  Email: jsherman@fairelectionscenter.org

2nd Counsel:  Emily P. Davis

Direct Phone: ( 202 )  331-0114  Fax: (____) ____-____  Email: edavis@fairelectionscenter.org

3rd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

Firm Name:  Fair Elections Center

Firm Address: 1629 K Street NW, Ste. 300, Washington, DC 20006

Firm Phone: ( 202 )  331-0114  Fax: (____) ____-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.