No. 26-5243

IN THE

United States Court of Appeals for the District of Columbia Circuit

LEAGUE OF WOMEN VOTERS, *et al.*,

*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:25-cv-03501
(The Honorable Sparkle L. Sooknanan)

## UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF IOWA, FLORIDA, INDIANA, AND OHIO IN SUPPORT OF APPELLANT AND STAY PENDING APPEAL

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
*Solicitor General*

Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-8770
eric.wessan@ag.iowa.gov

July 9, 2025

*Counsel for Amici States*

The States of Iowa, Florida, Indiana, and Ohio respectfully move for leave to submit the attached *amicus curiae* brief in support of Defendants-Appellants and their requested emergency stay of the district court's order. Proposed *amici* are States with a vested interest in accessing the upgraded SAVE facilities and have a binding settlement agreement with several Appellants to guarantee that access.

Amici States agree that the district court improperly vacated the upgrades to the SAVE database—rendering the database both unusable and degraded. Our States have a good-faith reliance on the lawful changes that Appellants made to its program and the district court's later-entered order here undoes careful work by our States in incorporating those developments in ensuring election integrity and operation of entirely unrelated areas of law.

The Federal Rules generally suggest a liberal attitude toward accepting *amicus curiae* briefs submitted by the federal government or the States. Most courts "look to the Federal Rules of Appellate Procedure for guidance on permitting amicus briefs." *Friends of Animals v. United States Fish & Wildlife Serv.*, 2021 WL 4440347, at \*1 (D. Utah 2021); *see Adams v. City of Chicago*, 1995 WL 491496, at \*1 (N.D. Ill. Aug. 11, 1995).

The Federal Rules of Appellate Procedure allow a State to file an amicus brief "without the consent of the parties or leave of court." Fed. R. App. P. 29(a)(2). That rule reveals a strong policy preference for allowing States to provide their perspective and represent their interests.

Because of the States's important role in our Constitutional order in our federalist system, the States have a unique perspective "that can help the court beyond the help that the lawyers for the parties are able to provide." *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997). This Court would benefit from following the guidance of the Federal Rules of Appellate Procedure and granting the motion.

Appellants consents to the motion. Plaintiffs take no position on the motion.

## CONCLUSION

For the above reasons, the States of Iowa, Florida, Indiana, and Ohio request the Court's leave to file an *amicus curiae* brief supporting Plaintiff.

July 9, 2026

Respectfully submitted,

BRENNA BIRD
Iowa Attorney General

*/s/ Eric Wessan*
ERIC WESSAN
*Solicitor General*
Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
Phone: (515) 823-9117
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) because this brief contains 352 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(5) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: July 9, 2026

/s/ *Eric H. Wessan*
Solicitor General

## CERTIFICATE OF SERVICE

The undersigned certifies that on the Ninth day of July, 2026, this brief was electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/ *Eric H. Wessan*
Solicitor General