# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5243**                    **September Term, 2025**

**1:25-cv-03501-SLS**

**Filed On: July 9, 2026**

League of Women Voters, et al.,

        Appellees

    v.

United States Department of Homeland
Security, et al.,

        Appellants

**BEFORE:**    Srinivasan, Chief Judge, and Wilkins and Katsas, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an immediate administrative stay, it is

**ORDERED** that appellees file a response to the motion by 4:00 p.m. on Thursday, July 16, 2026. Any reply is due by 4:00 p.m. on Monday, July 20, 2026.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                  Francis A. Walter
                  Deputy Clerk