# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** League of Women Voters, et al.

**v.**

DHS, et al.

**Case No:** 26-05243

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Electronic Privacy Information Center

League of Women Voters

League of Women Voters of Louisiana

League of Women Voters of Louisiana Education Fund

League of Women Voters of Texas

League of Women Voters of Virginia

### Counsel Information

**Lead Counsel:** Ronald A. Fein

**Direct Phone:** (____) ____-____   **Fax:** ( 202 ) 921-4875   **Email:** rfein@democracyforward.org

**2nd Counsel:**

**Direct Phone:** (____) ____-____   **Fax:** (____) ____-____   **Email:**

**3rd Counsel:**

**Direct Phone:** (____) ____-____   **Fax:** (____) ____-____   **Email:**

**Firm Name:** Democracy Forward Foundation

**Firm Address:** P.O. Box 34553, Washington, D.C. 20043

**Firm Phone:** ( 202 ) 448-9090   **Fax:** ( 202 ) 921-4875   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.