**[ORAL ARGUMENT NOT YET SCHEDULED]**
**No. 26-5243**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEAGUE OF WOMEN VOTERS, *et al.*,

*Plaintiffs-Appellees,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court

for the District of Columbia

No. 1:25-cv-03501 (Hon. Sparkle L. Sooknanan)

## UNOPPOSED MOTION OF THE HONEST ELECTIONS PROJECT TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF APPELLANTS AND STAY PENDING APPEAL

Jason B. Torchinsky
Elizabeth Price Foley*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808 (phone)
(540) 341-8809 (facsimile)
jtorchinsky@holtzmanvogel.com
*Application for Admission
Forthcoming
Counsel for Amicus Curiae

The Honest Elections Project ("HEP") respectfully moves this Court for leave to file the attached brief as *amicus curiae* in support of the Appellants and their Emergency Motion for an Immediate Administrative Stay and Stay Pending Appeal.

Counsel for HEP contacted counsel for Appellees and Appellants to seek their consent to its participation as *amicus curiae*. Neither Appellees nor Appellants oppose HEP's participation.

HEP is a nonpartisan organization devoted to supporting the right of every lawful voter to participate in honest elections. Through public engagement, advocacy, and public-interest litigation, HEP defends fair and reasonable measures that protect the integrity of elections. HEP supports commonsense voting rules and opposes efforts to reshape elections for partisan gain. HEP thus has a significant interest in this case, which implicates the proper administration of federal and state statutes mandating that only United States citizens are eligible to vote.

Due to the expedited nature of this appeal, filing a unified brief with other *amici* who already submitted briefs in support of Defendants-Appellants was not practicable. Moreover, HEP's brief offers

meaningfully different arguments relating to the district court's remedial authority that may assist the Court in its analysis of the pending motion.

## CONCLUSION

Accordingly, HEP respectfully requests that the Court grant it leave to file the attached brief as *amici curiae*.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky
Elizabeth Price Foley*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643A
Washington, DC 20037
(202) 737-8808 (phone)
(540) 341-8809 (facsimile)
jtorchinsky@holtzmanvogel.com

**\*Application for Admission Forthcoming**

*Counsel for Amicus Curiae*

2