July 17, 2026

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:     *League of Women Voters v. DHS* (D.C. Circuit Case No. 26-5243)

Plaintiffs-Appellees submit this Rule 28(j) letter regarding public statements by Defendants-Appellants and an address by President Trump late yesterday, July 16, 2026, bearing on Defendants-Appellants' pending motion to stay pending appeal.

President Trump claimed that a DHS review "identified approximately 278,000 non-citizens who are registered to vote in federal elections," and that "since Democrat states refuse to share their voter files, the real number is actually much higher than that." White House, *President Trump Delivers an Address to the Nation*, YouTube at 34:45-35:05 (July 16, 2026), https://perma.cc/R3HB-ED3L. He stated that he had "ordered DHS to notify every state about non-citizens on their voter rolls and *direct* them to remove all ineligible voters from the lists immediately." *Id.* at 39:36-39:46 (emphasis added).

DHS concurrently released documents related to President Trump's speech. According to a fact sheet on "Preventing Alien Voting," as part of "investigations related to allegations of non-citizen voting and registration," DHS has reviewed "public voter files" from California, Pennsylvania, New Jersey, and Nevada, claiming that "over 250,000 non-citizens are illegally registered to vote" in those states. *Preventing Alien Voting*, DHS (July 16, 2026) (enclosed). DHS claims these states' voter rolls present a "serious threat to national security," and that states that have not used SAVE to DHS's liking have "adopted alien-first policies," while calling states using SAVE to process voter rolls "proactive." *Id.* The document also criticizes by name the district court judge for vacating Modified SAVE. *Id.*

Today, DHS Secretary Markwayne Mullin threatened officials in states that "choose not to participate in the SAVE program" with possible "fines," "penalties," and "prison time" after a post-election review of "who voted" in upcoming midterm elections. DHS, *Secretary Mullin Delivers Remarks on President Trump's Update on Election Integrity Efforts*, at 15:29-16:19 YouTube (July 17, 2026), https://perma.cc/A4SR-HV52.

These statements undercut Defendants-Appellants' argument that Plaintiffs-Appellants' injuries are not traceable to Defendants-Appellants because they do not make citizenship or voter eligibility determinations—*see* Mot. 11-13—when DHS is openly pressuring states to use Modified SAVE.

Respectfully submitted,

<u>*/s/ Nikhel S. Sus*</u>
Nikhel S. Sus
John B. Hill
Lauren C. Bingham
Reuven Dashevsky*
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565


*Not admitted to the D.C.
Bar; practice supervised by
D.C. Bar Members.*

Aman T. George
Ronald A. Fein
Sophie R. Gelber
Johanna M. Hickman
Mark B. Samburg
Robin Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

Jon Sherman
Michelle Kanter Cohen
Emily P. Davis
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114

*Counsel for Plaintiffs-Appellees*

Encl.

**Homeland Security**

## PREVENTING ALIEN VOTING

**NATIONAL SECURITY INVESTIGATIONS:** The Department of Homeland Security has initiated multiple investigations related to allegations of non-citizen voting and registration. Review of the first set of public voter files from states that have not utilized the SAVE system revealed:

**OVER 250,000 NON-CITIZENS ARE ILLEGALLY REGISTERED TO VOTE IN JUST THE FOUR STATES FOR WHICH PUBLIC DATA FILES HAVE BEEN REVIEWED.**

State election officials in California, Pennsylvania, New Jersey and Nevada have been notified of this serious threat to national security and DHS stands ready to support their efforts to identify and remove ineligible registrants. The investigation is expanding to include multiple additional states. In addition, DHS will support the Department of Justice's review of voter files obtained pursuant to their enforcement authority under the National Voter Registration Act of 1993 and the Help America Vote Act of 2002.

**STATES THAT PROTECT FEDERAL ELECTIONS:** Numerous proactive, conscientious state officials have successfully utilized free services offered by the Department of Homeland Security to assist election officials in identifying non-citizens who have registered and/or voted in their states.

In the short time that the enhanced SAVE system has been available to states, 10 have states processed their full voter lists. As of June 22, 2026, a total of 25 different states processed more than 68 million registration records through the SAVE system. DHS has enabled those states to identify over **400,000** deceased registrants and over **28,000** non-citizens who illegally registered to vote.

As demonstrated by the sample data to the right, these states are serious about ensuring that only US citizens vote in US elections. DHS applauds their efforts to prevent non-citizens from registering and to remove ineligible registrants who unlawfully register.

| Proactive SAVE User States | | |
|---|---|---|
| **State** | **Deceased** | **Non-Citizen** |
| Georgia | 42,776 | 2,549 |
| Ohio | 59,774 | 769 |
| Tennessee | 37,850 | 1,009 |
| Texas | 111,573 | 2,296 |
| North Carolina | 34,622 | 1,599 |
| Idaho | 4,328 | 49 |
| Alabama | 33,165 | 465 |
| Missouri | 10,660 | 1,112 |
| Louisiana | 15,231 | 419 |
| Kansas | 10,197 | 449 |

Several other proactive state officials have also signed Memoranda of Agreement with USCIS to utilize the SAVE system and have processed portions of their state voter rolls. Unfortunately, due to the actions of the activist Judge Sparkle Sooknanan, many of the enhancements to this service of USCIS have been suspended pending appeal. As a result, US citizens are at risk of having their votes diluted by ineligible alien voters.

**UNAMBIGUOUS CONTRAST:** There is an undeniable pattern emerging as DHS begins to unravel the horrific damage done by the open border policies of the Biden administration. States that have adopted alien-first policies instead of American-first policies have a disproportionate number of non-citizens on their voter rolls.