[ORAL ARGUMENT NOT YET SCHEDULED]

**No. 26-5243**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

LEAGUE OF WOMEN VOTERS, *et al.*,
Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
Defendants-Appellants.

---

On Appeal from the U.S. District Court for the District of Columbia,
Case No. 1:25-cv-03501
The Honorable Sparkle L. Sooknanan, District Judge, presiding

---

**NOTICE OF WITHDRAWAL OF APPEARANCE**

---

The undersigned counsel hereby notifies the Court of her withdrawal as counsel for Plaintiffs-Appellees in the above-captioned case. Plaintiffs-Appellees will continue to be represented by other counsel of record, including the counsel listed below from Fair Elections Center.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Emily Davis*

Jon Sherman
Michelle Kanter Cohen
Emily Davis
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
edavis@fairelectionscenter.org

*Counsel for Plaintiffs-Appellees*