United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5243** **September Term, 2025**

**1:25-cv-03501-SLS**

**Filed On: August 26, 2026** **[2189970]**

League of Women Voters, et al.,

Appellees

v.

United States Department of Homeland Security, et al.,

Appellants

------------------------------

Consolidated with 26-5301

**<u>O R D E R</u>**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk