**NOT YET SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

LEAGUE OF WOMEN VOTERS, *et al.*,
Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
Defendants-Appellants, and

STATE OF TEXAS,
Intervenor-Defendant-Appellant.

Nos. 26-5243 & 26-5301

**JOINT MOTION TO DEFER BRIEFING SCHEDULE AND FORMATS UNTIL AFTER SUPREME COURT RULING**

The parties jointly move to defer submitting to the Court a proposed briefing schedule and format until 7 days after the Supreme Court rules on the federal defendants' stay application.

1. On September 4, 2026, this Court denied federal defendants' motion for a stay pending appeal.

2. On the same day and on its own motion, this Court ordered the parties submit a proposed expedited schedule and format for the briefing in this case by September 14, 2026.

3. On September 8, 2026, the federal defendants filed a stay application with the Supreme Court, No. 26A308. A response to that application is due September 15, 2026.

4. The parties agree that briefing in this case should be allowed to take account of the Supreme Court's ruling on the federal defendants' stay application, and we are uncertain of when the Court will rule. In order to set a schedule that accounts for the Supreme Court's action, the parties respectfully request that this Court postpone the deadline for submission of proposed briefing schedule and format until 7 days after the Supreme Court's ruling on the federal defendants' stay application.

5. The parties further agree that their agreement to defer submission of the schedule has no impact on any potential motions or proceedings related to enforcement of the district court's order, whether in the district court or a court of review.

Respectfully submitted,

DANIEL TENNY

*/s/ D. Bowie Duncan*
D. BOWIE DUNCAN
Assistant Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
*Counsel for Intervenor State of Texas*

*s/ Benjamin C. Wei*
BENJAMIN C. WEI
Attorney
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., NW, Rm. 7263
Washington, DC 20530
*Counsel for Federal Defendants*

*/s/ Lauren C. Bingham*
Lauren C. Bingham
Nikhel S. Sus
John B. Hill
Reuven Dashevsky
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
*Counsel for Plaintiffs*

Aman T. George
Ronald A. Fein
Sophie R. Gelber
Johanna M. Hickman
Mark B. Samburg
Robin Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
*Counsel for Plaintiffs*

Jon Sherman
Michelle Kanter Cohen
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114
*Counsel for Plaintiffs*

September 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g)(1), I certify that the foregoing meets the type-volume limitations of Rule 27(d)(2)(A) because it contains 228 words.

*s/ Benjamin C. Wei*
BENJAMIN C. WEI

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Benjamin C. Wei*
BENJAMIN C. WEI