# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5243** **September Term, 2026**

**1:25-cv-03501-SLS**

**Filed On: September 14, 2026** [2192816]

League of Women Voters, et al.,

Appellees

v.

United States Department of Homeland Security, et al.,

Appellants

State of Texas,

Appellee

------------------------------

Consolidated with 26-5301

**O R D E R**

Upon consideration of the joint motion to defer briefing schedule and formats until after Supreme Court ruling, it is

**ORDERED** that the motion be granted. The parties are directed to file a proposed expedited schedule and proposed formats for the briefing of these cases within seven days of the Supreme Court's disposition of the stay application in Department of Homeland Security, et al. v. League of Women Voters, et al., No. 26A308 (U.S.).

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Katy M. Bartelma
Deputy Clerk