# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** League of Women Voters, et al.

v.

U.S. Department of Homeland Security, et

**Case No:** 26-05243

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◉ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel for the ◯ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Electronic Privacy Information Center | League of Women Voters of Texas |
| League of Women Voters (LWV) | League of Women Voters of Virginia |
| League of Women Voters of Louisiana | LWV of Louisiana Education Fund |
| | |

### Counsel Information

Lead Counsel: Mark B. Samburg

Direct Phone: ( 202 ) 448-9090 Fax: ( 202 ) 921-4875 Email: msamburg@democracyforward.org

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Democracy Forward Foundation

Firm Address: PO Box 34553, Washington, DC 20043

Firm Phone: ( 202 ) 448-9090 Fax: ( 202 ) 921-4875 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.