**NOT YET SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br>Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>Defendants-Appellants, and<br><br>STATE OF TEXAS,<br>Intervenor-Defendant-Appellant. | Nos. 26-5243 & 26-5301 |

**JOINT MOTION TO SET BRIEFING SCHEDULE AND FORMATS**

On September 4, 2026, this Court denied the federal defendants' motion for a stay pending appeal and ordered the parties to propose an expedited briefing schedule and format by September 14, 2026. On September 8, 2026, the federal defendants filed an application for a stay with the Supreme Court, No. 26A308. The parties then moved to delay the proposal of a briefing schedule and format until seven days after the Supreme Court's disposition of the government's stay application. This Court granted that motion on September 14, 2026. The parties now jointly propose the following briefing schedule and format:

- Opening brief for the federal defendants and Joint Appendix due November 6, 2026. Type-volume limitation of 13,000 words.
- Opening brief for Texas due November 13, 2026. Type-volume limitation of 13,000 words.
- Answering brief for plaintiffs due January 8, 2027. Type-volume limitation of 20,000 words.
- Reply briefs for federal defendants and Texas due January 29, 2027. Type-volume limitation of 6,500 words per brief.

Respectfully submitted,

DANIEL TENNY

*/s/ D. Bowie Duncan*
D. BOWIE DUNCAN
Assistant Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
*Counsel for Intervenor State of Texas*

*s/ Benjamin C. Wei*
BENJAMIN C. WEI
Attorney
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., NW, Rm. 7263
Washington, DC 20530
*Counsel for Federal Defendants*

Aman T. George
Ronald A. Fein
Sophie R. Gelber
Johanna M. Hickman
Mark B. Samburg
Robin Thurston

*/s/ Nikhel S. Sus*
Nikhel S. Sus
Lauren C. Bingham
John B. Hill
Reuven Dashevsky
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
*Counsel for Plaintiffs*

Jon Sherman
Michelle Kanter Cohen
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114
*Counsel for Plaintiffs*

P.O. Box 14596
Washington, DC 20044
(202) 408-5565
*Counsel for Plaintiffs*

October 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g)(1), I certify that the foregoing meets the type-volume limitations of Rule 27(d)(2)(A) because it contains 160 words.

*s/ Benjamin C. Wei*
BENJAMIN C. WEI

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Benjamin C. Wei*
BENJAMIN C. WEI