# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5243** **September Term, 2026**

**1:25-cv-03501-SLS**

**Filed On:** October 7, 2026

League of Women Voters, et al.,

Appellees

v.

United States Department of Homeland Security, et al.,

Appellants

State of Texas,

Appellee

------------------------------

Consolidated with 26-5301

**BEFORE:** Srinivasan, Chief Judge, and Wilkins and Katsas, Circuit Judges

**O R D E R**

Upon consideration of the joint motion to establish a briefing schedule and format, it is

**ORDERED** that the following briefing schedule and format will apply in this case:

| | |
|---|---|
| Federal Appellants' Brief (not to exceed 13,000 words) | November 6, 2026 |
| Joint Appendix | November 6, 2026 |
| State of Texas's Brief (not to exceed 6,500 words) | November 13, 2026 |
| Plaintiffs-Appellees' Brief (not to exceed 19,500 words) | January 8, 2027 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5243** **September Term, 2026**

| | |
|---|---|
| Federal Appellants' Reply Brief<br>(not to exceed 6,500 words) | January 29, 2027 |
| State of Texas's Reply Brief<br>(not to exceed 3,250 words) | January 29, 2027 |

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk