No. 26-5243

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEAGUE OF WOMEN VOTERS, *et al.*,
*Plaintiffs-Appellees*,

*v.*

DEPARTMENT OF HOMELAND SECURITY, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Columbia
Case No. 1:25-cv-03501
The Honorable Sparkle L. Sooknanan

# NOTICE OF EXTENDED REPRESENTATION

OFFICE OF KANSAS ATTORNEY GENERAL KRIS W. KOBACH

DWIGHT R. CARSWELL
*Acting Solicitor General of Kansas*
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612
(785) 296-2215
dwight.carswell@ag.ks.gov

**NOTICE OF EXTENDED REPRESENTATION**

On November 13, 2026, Kansas and thirteen other States filed an amicus brief in support of Appellants. Undersigned counsel, Dwight R. Carswell, who was listed on the brief as counsel of record for the State of Kansas, hereby notifies the Court that his representation for purposes of the brief extends to the States of Alabama, Florida, Idaho, Indiana, Iowa, Louisiana, Mississippi, Missouri, Nebraska, South Carolina, Tennessee, and West Virginia. Counsel for the State of Arkansas will be filing a separate entry of appearance.

Respectfully submitted,

*/s/ Dwight R. Carswell*

DWIGHT R. CARSWELL
*Acting Solicitor General of Kansas*
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612
(785) 296-2215
dwight.carswell@ag.ks.gov